**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

RICKI LAAHS,

      Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

      Defendant.

---

**NOTICE OF REMOVAL**

---

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

Defendant ManTech International Corporation ("Defendant"), by and through its undersigned counsel, respectfully submits this Notice of Removal of this action from the District Court, El Paso County, Colorado, the court in which this case is presently pending as Case No. 2021 CV 31354, to the United States District Court for the District of Colorado. This Notice of Removal is filed under 28 U.S.C. § 1332, 1441 and 1446, as well as D.C.COLO.LCivR 81.1. As grounds for removal, Defendant states as follows:

**OVERVIEW**

1.      This case is removable because this Court has diversity jurisdiction over this matter. The parties reside in different states and the amount in controversy in this case allegedly exceeds $75,000. Accordingly, removal is appropriate under 28 U.S.C. § 1332. This removal notice is timely filed under 28 U.S.C. § 1446(b).

2. Plaintiff alleges one claim for relief related to her former employment with Defendant alleging violation of the Colorado Lawful, Off-Duty Activities Statute.

3. Defendant has conferred with Plaintiff regarding this Notice of Removal and Plaintiff does not object.

## SERVICE OF COMPLAINT AND SUMMONS

4. On August 26, 2021, Plaintiff commenced an action in the District Court, El Paso County, Colorado (hereinafter referred to as "the State Court"), entitled *Ricki Laahs v. ManTech International Corporation*, Case No. 2021 CV 31354 (hereinafter referred to as "the State Action"). A true and correct copy of the Complaint (**Exhibit A**) and District Court Case Cover Sheet ("Cover Sheet") (**Exhibit B**) are respectively attached hereto.

5. On September 6, 2021, Plaintiff filed a Notice of Return of Service with Exhibit 1 after Defendant was served on or about September 1, 2021 (**Exhibit C**).

6. On September 14, 2021, the undersigned entered their appearance as counsel for Defendant (**Exhibit D**) and on September 20, 2021, filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond with a proposed Order (**Exhibit E**). On September 20, 2021, the Court then granted the Unopposed Motion (**Exhibit F**).

7. On or about October 6, 2021, Defendant filed a Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond with proposed Order (**Exhibit G**) and on October 11, 2021, the Second Unopposed Motion was granted (**Exhibit H**) allowing Defendant until October 22, 2021 within which time for it to answer or otherwise respond to Plaintiff's Complaint.

8. On or about October 22, 2021, the parties together filed a Joint Motion for Extension of Time to Answer or Otherwise Respond with proposed Order (**Exhibit I**) and on October 25, 2021, the Joint Motion was granted (**Exhibit J**) allowing Defendant until October 29, 2021 within which time for it to answer or otherwise respond to Plaintiff's Complaint.

9. As of the date of filing this Notice, Defendant has not filed or served an answer or responsive pleading to the Complaint in the State Court.

10. 28 U.S.C. § 1332(a) grants original jurisdiction to the United States District Courts for "all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between… (1) citizens of different States."

11. Plaintiff is a citizen of the State of North Carolina, but resided in Colorado Springs, Colorado at all times relevant to the Complaint. **Exhibit A**, State Complaint at ¶ 1.

12. Defendant ManTech International Corporation is a Virginia corporation with its principal place of business at 2251 Corporate Park Drive, Herndon, Virginia 20171. *Id.* at ¶ 2.

13. Therefore, Defendant is not currently a citizen of the State of Colorado and complete diversity exists between the Plaintiff and Defendant. *Id.* at ¶¶ 1-2.

14. Plaintiff seeks as damages available under C.R.S. § 24-34-402.5(2)(a). *See* **Exhibit A**, Claim for Relief, ¶¶ 36-47.

## VENUE

15. Venue lies in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(b) because the State Action was filed in this District and the State Action asserts that the alleged unlawful actions took place in this District.

16. Defendant has not filed a responsive pleading in the State Action.

17.     No hearings have been set in the State Action. **Exhibit K**, State Court Docket Sheet.

## REMOVAL

18.     Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all parties in this action and will simultaneously file a copy of this Notice of Removal in the District Court, El Paso County.

19.     No motions are pending and no hearings have been set in the State Action.

20.     Defendant submits this Notice of Removal without waiving any defenses to the claim asserted by Plaintiff or conceding that Plaintiff has pled a claim upon which relief can be granted.

21.     In accordance with D.C.COLO.LCivR 81.1, Defendant has attached copies of all State Court pleadings, motions and other papers, including the State Court's current docket sheet, attached hereto as **Exhibits A-K**.

WHEREFORE, Defendant ManTech International Corporation respectfully requests that the United States District Court for the District of Colorado accept the removal of this action from the State Court and direct that the District Court for El Paso County have no further jurisdiction on this matter, unless and until this case is remanded.

Respectfully submitted this 28th day of October, 2021.

                          JACKSON LEWIS P.C.

                          *s/ Timothy M. Kratz*
                          Timothy M. Kratz
                          Jessica S. Reed-Baum
                          950 17th Street, Suite 2600
                          Denver, Colorado 80202
                          Telephone: (303) 892-0404
                          Facsimile: (303) 892-5575
                          Timothy.Kratz@jacksonlewis.com
                          Jessica.Reed-Baum@jacksonlewis.com

                          *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of October, 2021, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via CM/ECF upon the following:

Gregory E. Givens
Law Offices of Gregory E. Givens, P.C.
18 North Sierra Madre Street, Suite E
Colorado Springs, CO 80903
gegivens@hotmail.com
greg@givenslawpc.com

*Attorneys for Plaintiff*

                          *s/ Colleen Richards*
                          for Jackson Lewis P.C.