**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02897-WMJ-KMT

RICKI LAAHS,

    Plaintiff,

v.

MANTECH INTERNATIONAL CORPORATION,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ricki Laahs and Defendant Mantech International Corporation (together, the "Parties"), by and through their respective undersigned counsel, state that this matter has been resolved. Accordingly, the Parties HEREBY STIPULATE that the above-captioned action be, and hereby is, dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this 8th day of December, 2021.

| | |
|---|---|
| LAW OFFICES OF<br>GREGORY E. GIVENS, P.C. | JACKSON LEWIS P.C. |
| *s/ Gregory E. Givens*<br>Gregory E. Givens<br>18 North Sierra Madre Street, Suite E<br>Colorado Springs, Colorado 80903<br>Telephone: (719) 291-4353<br>Email:  greg@givenslawpc.com<br><br>*ATTORNEY FOR PLAINTIFF* | *s/ Timothy M. Kratz*<br>Timothy M. Kratz<br>Jessica S. Reed-Baum<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone: (303) 892-0404<br>Email:  Timothy.Kratz@jacksonlewis.com<br>Jessica.Reed-Baum@jacksonlewis.com<br><br>*ATTORNEYS FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via CM/ECF and mailed upon the following:

Gregory E. Givens
Law Offices of Gregory E. Givens, P.C.
18 North Sierra Madre Street, Suite E
Colorado Springs, CO 80903
greg@givenslawpc.com

*Attorney for Plaintiff*

*s/ Halle Gotfredson*
for Jackson Lewis P.C.